1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Frank Garcia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| Frank Garcia, | ) | **Case No.: 2:11-cv-00937-SRB** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Frank Garcia, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: June 8, 2011        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

Adrienne Rowberry

arowberry@portfoliorecovery.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff