IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Garcia,<br><br>              Plaintiff,<br><br>   v.<br><br>Portfolio Recovery Associates, LLC,<br><br>              Defendant, | O R D E R<br><br>No. CIV 11-937-PHX-SRB |

     Plaintiff having filed a Notice of Settlement;

     IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a notice of dismissal or stipulation to dismiss is filed prior to the dismissal date.

     DATED this 13th day of June, 2011.

_____
Susan R. Bolton
United States District Judge